■ In the Matter of DONALD A. SWAN against COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK.— Motion granted insofar as to dispense with printing of the record on appeal and appellant's points and permitting the appeal to be heard on the original record and upon typewritten or mimeographed appellant's points on condition that the appellant serves one copy of the mimeographed or typewritten appellant's points upon the attorneys for the respondent and files 6 typewritten or 19 mimeographed copies thereof with his court, together with the original record. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ POLLY PLATT v. LOUIS PLATT.— Motion granted insofar as to permit the appeals to be heard on the original records, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original records, with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ POLLY PLATT v. LOUIS PLATT.— Motion by respondent granted insofar as to permit respondent to serve and file typewritten respondent's points, on condition that the respondent serves one copy thereof upon the attorney for the appellant and files six copies thereof with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ STEVE WEIDMAN et al., v. DAVID N. KLOT.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GEORGE E. BRADY, as Administrator of the Estate of JOHN BRADY, Deceased, v. PATRICIA DU VIVIER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ASHTON BRUCE v. LOUISE BURNHAM.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CYNTHIA J. THARAUD, Individually and as Stockholder of JAMES BROS. REALTY CO., INC. v. JAMES BROS. REALTY CO., INC., et al.— Motion for an enlargement of time granted insofar as to extend the plaintiff-appellant's time to serve and file the record on appeal and the appellant's points to and including December 28, 1959, with notice of argument for the February 1960 Term of this court. Respondents' points are to be served and filed on or before January 20, 1960. Reply briefs are to be served on or before January 25, 1960. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.